# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **26–16140 – MMH**    Chapter: **13**

**Lori E DeGraffenreid Cann**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    3 – Emergency Motion to Impose Automatic Stay to Halt the Foreclosure Sale of Debtor's Primary Residence Scheduled for Tuesday 6/9/2026 @ 9:00a.m. Filed by Lori E DeGraffenreid Cann . (Horning, Kelly)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 6/23/26. The certificate of service is missing.**

CURE:    A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements. Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/9/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:    Debtor
Attorney for Debtor – PRO SE

defntc (rev. 09/01/2025)