IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

In Re:                                          )
LORI E. DEGRAFFENREID CANN,                     ) Case No.: 26-16140
      Debtor.                                   ) Chapter 13
_____         )

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2026, a true and correct copy of the Debtor's Emergency Motion to Impose the Automatic Stay and Proposed Order was served via First-Class Mail, postage prepaid, upon the following parties in interest:

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108

Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

Aldridge Pite, LLP
6001 Executive Blvd, Suite 200
Rockville, MD 20852

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

_____
Lori E. Cann, Debtor, Pro Se