United States Bankruptcy Court
District of Maryland

In re:                                                                                      Case No. 26-16140-MMH

Lori E DeGraffenreid Cann                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                   Page 1 of 2

Date Rcvd: Jun 09, 2026                       Form ID: pdfall                               Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 33283063 | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Jun 09 2026 19:23:00 | Aldridge Pite, LLP, 6001 Executive Blvd, Suite 200, Rockville, MD 20852-3831 |
| 33283064 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jun 09 2026 19:24:00 | CIM Trust 2025-NR1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33283062 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jun 09 2026 19:24:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name                          Email Address**

Brian A. Tucci

                ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com

District/off: 0416-1                    User: admin                              Page 2 of 2
Date Rcvd: Jun 09, 2026                 Form ID: pdfall                          Total Noticed: 4
TOTAL: 1

Entered: June 9th, 2026
Signed: June 9th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **26- 16140 − MMH**    Chapter: **13**

**Lori E. DeGraffenreid Cann,**
Debtor.

### ORDER ADDRESSING REQUEST TO IMPOSE
### AUTOMATIC STAY AS TO ALL CREDITORS

The above-captioned Debtor filed an Emergency Motion to Impose Automatic Stay (the "Motion") [ECF 3]. The Motion indicates that a foreclosure sale of the Debtor's primary residence was scheduled for 9:00 a.m., ET, on June 9, 2026. The Debtor's bankruptcy petition was filed at 9:13 a.m., ET, on June 9, 2026. Moreover, because this is the Debtor's fourth bankruptcy case since March 2025 (with the prior three cases all being dismissed within one year of the date of this most recent case), there is no automatic stay in this case under section 362(c)(4) of the Bankruptcy Code. As such, there does not appear to be any relief that the Court can provide the Debtor with respect to the prepetition foreclosure sale.[1] To the extent that the foreclosure sale did not take place and/or the Debtor believes that she is entitled to some relief with respect to the automatic stay under the Bankruptcy Code, the Debtor may file a Line with the Court requesting a hearing, which the Court will schedule as an in-person hearing in the Baltimore courthouse on the next available date. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is denied without prejudice to the Debtor's ability to file a Line requesting a hearing thereon in accordance with the terms of this Order.

cc:    Debtor (by email and regular mail)
       Creditors Identified in Motion (by email,
       if known, and regular mail)
       Case Trustee – Brian Tucci
       All Creditors

### End of Order

---

[1] Courts in this district generally have no ability to invalidate a prepetition foreclosure sale. *See In re May*, 546 B.R. 639, 641 (Bankr. D. Md. 2016).