United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 26-16140-MMH

Lori E DeGraffenreid Cann                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                      Page 1 of 1

Date Rcvd: Jun 09, 2026                  Form ID: proseinf                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                          Signature:          /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT
## District of Maryland – Baltimore Division
### 101 West Lombard Street, Ste. 8530
### Baltimore, MD 21201

Case No.:  26–16140     Chapter:  13     Judge:  Michelle M. Harner

In Re:       Lori E DeGraffenreid Cann
             755B 220th St
             Pasadena, MD 21122
             Social Security No.:  xxx–xx–6032

## NOTICE OF RESOURCES AVAILABLE TO DEBTORS WHO DO NOT HAVE A LAWYER

Based on filing data in Maryland, Chapter 13 cases filed by self–represented debtors are more likely to be dismissed and significantly less likely to be discharged than cases with legal counsel. Only two percent of Chapter 13 debtors who file cases without an attorney receive a discharge.

There are resources available if you wish to retain an attorney but cannot afford to hire one. The Debtor Assistance Project ("DAP") is a legal clinic that is a partnership between the U.S. Bankruptcy Court for the District of Maryland and various members of the Maryland legal community. This program provides debtors with an opportunity to meet, one–on–one, with a volunteer bankruptcy attorney for a free half–hour consultation. The DAP provides legal advice to individuals without an attorney by answering their questions about bankruptcy, including how bankruptcy may be used to help prevent foreclosure. The DAP cannot provide an attorney to complete your paperwork for you or represent you.

**For additional information about the DAP and instructions on how to schedule a free, private, half–hour virtual consultation with an attorney, visit: www.mdb.uscourts.gov (click on the "Don't Have a Lawyer" tab on the home page).**

Resources are also available if you wish to retain an attorney but cannot afford to hire one, through legal assistance at low cost or with deferred payment options (Low Bono representation). For Low Bono Chapter 13 assistance visit here – www.mdb.uscourts.gov/node/827. Local Bankruptcy Form M (the Chapter 13 Plan), Section 4.2, contemplates the payment of administrative claims through the plan, including payment of Debtor's Counsel fee.

The following organizations also provide free or reduced fee legal representation to qualified individuals:

| Maryland Volunteer Lawyers Service | Mid–Shore Pro Bono | Maryland Legal Aid |
|---|---|---|
| 201 N. Charles Street, #1400 | 8 S.W. Street | 500 E. Lexington Street |
| Baltimore, MD 21201 | Easton, MD 21601 | Baltimore, MD 21202 |
| Tel: 410–547–6537 | Tel: 410–690–8128 | Tel: 410–951–7777 |
| Tel: 800–510–0050 | http://www.midshoreprobono.org | Tel: 800–999–8904 |
| http://www.mvlslaw.org | | http://www.mdlab.org |
| | | *12 locations |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them, but we encourage you to seek legal counsel.**

Employees of the United States Bankruptcy Court for the District of Maryland are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on the Don't Have a Lawyer page of this Court's website at www.mdb.uscourts.gov/dont–have–lawyer.

Dated: 6/9/26                          *Mark A. Neal*
                                       Clerk of the Bankruptcy Court

cc: Debtor                                                    Form proseinf (rev. 07/17/2024)