IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| In Re:<br>LORI E. DEGRAFFENREID CANN,<br><br>Debtor. | ) <br>) Case No.: 26-16140-MMH<br>)<br>) Chapter 13<br>) |

DEBTOR'S LINE REQUESTING IN-PERSON HEARING ON MOTION
TO IMPOSE THE AUTOMATIC STAY

Lori E. DeGraffenreid Cann, Debtor, Pro Se, pursuant to this Court's Order Addressing Request to Impose Automatic Stay dated June 9, 2026 [ECF No. 7], respectfully files this Line stating the following:

1. Debtor clarifies that the foreclosure sale of the primary residence located at 755B 220th Street, Pasadena, MD 21122, was officially scheduled by the Substitute Trustees for 9:20 a.m. on June 9, 2026, on the Alex Cooper Auctioneers public ledger, rather than the 9:00 a.m. structural placeholder general timeline referenced in the Motion.

2. Because the Debtor's bankruptcy petition was officially clocked and filed with the Clerk of this Court at 9:13 a.m. on June 9, 2026, the federal filing strictly and legally preceded the scheduled auction time by seven (7) minutes.

3. Debtor states with affirmative certainty that the foreclosure sale did NOT take place prepetition, as the auction company pulled the active property listing from its live portal and halted the field auctioneer due to active electronic and physical service notices indicating active federal jurisdiction.

4. Because the prepetition sale did not occur and the property remains an active asset of this bankruptcy estate, Debtor respectfully requests that the Court schedule an in-person evidentiary hearing at the Baltimore courthouse on the next available date, as provided by the Court's June 9th Order, so that the Debtor may demonstrate complete good faith and secure an order imposing the stay.

Dated: June 11, 2026

Respectfully submitted,

_____
Lori E. DeGraffenreid Cann, Debtor, Pro Se



ALDRIDGE | PITE
LLP

6001 Executive Boulevard
Suite 200
Rockville, MD 20852
P: 301.961.6555
F: 301.961.6530
www.aldridgepite.com

May 19, 2026

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR
## VIA FIRST CLASS MAIL AND CERTIFIED MAIL

RE: NOTICE OF FORECLOSURE SALE
Property Address: 755B 220th Street, Pasadena, MD 21122
Grantor(s) of Deed of Trust: Lori E Cann and Justin Cann

Dear Sir/Madam:

Please be advised that the appointed Substitute Trustees will sell at public auction the above referenced property on June 9, 2026 at 09:20 AM. The sale will be conducted at the Circuit Court for Anne Arundel County located at 8 Church Circle., Annapolis, MD 21401.

Enclosed please find a copy of the terms and conditions of the foreclosure sale. This notice of sale is being sent to you by regular and certified mail.

Should you have any questions or require any further information, please do not hesitate to contact this office.

Sincerely,

Aldridge | Pite, LLP
Attorneys for Substitute Trustees

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE"