IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

In Re:                                              )
LORI E. DEGRAFFENREID CANN,                         ) Case No.: 26-16140-MMH
                                                    )
            Debtor.                                 ) Chapter 13
_____                 )

DEBTOR'S LINE REQUESTING IN-PERSON HEARING ON MOTION
TO IMPOSE THE AUTOMATIC STAY

Lori E. DeGraffenreid Cann, Debtor, Pro Se, pursuant to this Court's Order Addressing Request to Impose Automatic Stay dated June 9, 2026 [ECF No. 7], respectfully files this Line stating the following:

1. Debtor clarifies that the foreclosure sale of the primary residence located at 755B 220th Street, Pasadena, MD 21122, was officially scheduled by the Substitute Trustees for 9:20 a.m. on June 9, 2026, on the Alex Cooper Auctioneers public ledger, rather than the 9:00 a.m. structural placeholder general timeline referenced in the Motion.

2. Because the Debtor's bankruptcy petition was officially clocked and filed with the Clerk of this Court at 9:13 a.m. on June 9, 2026, the federal filing strictly and legally preceded the scheduled auction time by seven (7) minutes.

3. Debtor states with affirmative certainty that the foreclosure sale did NOT take place prepetition, as the auction company pulled the active property listing from its live portal and halted the field auctioneer due to active electronic and physical service notices indicating active federal jurisdiction.

4. Because the prepetition sale did not occur and the property remains an active asset of this bankruptcy estate, Debtor respectfully requests that the Court schedule an in-person evidentiary hearing at the Baltimore courthouse on the next available date, as provided by the Court's June 9th Order, so that the Debtor may demonstrate complete good faith and secure an order imposing the stay.

Dated: June 11, 2026

Respectfully submitted,

_____
Lori E. DeGraffenreid Cann, Debtor, Pro Se