UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

**IN RE:**                                                                       **CASE NO.: 26-16140**
                                                                                       **CHAPTER 13**

**Lori E DeGraffenreid Cann,**
   **Debtor.**

_____ /

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2026-NR1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Chetan Gopal
    Chetan Gopal
    Email: cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LORI E DEGRAFFENREID CANN
755B 220TH ST
PASADENA, MD 21122

And via electronic mail to:

BRIAN A. TUCCI
CHAPTER 13 TRUSTEE
P.O. BOX 1110
MILLERSVILLE, MD 21108

By: /s/ Journie Morosky