Entered: June 17th, 2026
Signed: June 16th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **26–16140 – MMH**    Chapter: **13**

**Lori E DeGraffenreid Cann**
Debtor

### ORDER THAT DEBTOR SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED

The above–captioned case was commenced by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code by the above–captioned Debtor on 6/9/26. However, the filings by the Debtor do not meet the following requirements of Local Bankruptcy Rule 1002–1(a):

The Debtor did not:

– File a Credit Counseling Certifcate

Local Bankruptcy Rule 1002–1(a) states that the petition may be dismissed if its requirements are not met. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor show cause, if any there be, in writing filed with the Clerk, within fourteen (14) days after the date this Order is entered, why this case should not be dismissed; and it is further

ORDERED, that the correction of each deficiency listed above within fourteen (14) days shall dissolve this Order to Show Cause; and it is further

ORDERED, that a failure to correct each deficiency listed above or to show sufficient cause in writing within the time allowed may result in the entry of an order dismissing this case without further notice or a hearing.

cc:    Debtor
     Attorney for Debtor – PRO SE
     Case Trustee – Brian A. Tucci

## End of Order

39x21 (rev. 12/05/2023) – KellyHorning / kgm