Entered: June 18th, 2026
Signed: June 18th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Lori E. DeGraffenreid Cann, | * | Case No. 26-16140-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER ADDRESSING MOTION TO IMPOSE STAY
### AND REQUEST FOR IN-PERSON HEARING

This matter is before the Court on the Motion to Impose Automatic Stay (the "Motion") and Line Requesting In-Person Hearing on the Motion (the "Request") filed by Ms. Lori E. DeGraffenreid Cann (the "Debtor"). By an Order that Debtor Show Cause Why Case Should not be Dismissed (the "Order") and Notice of Deadline for Filing Missing Documents (the "Notice"), the Court identified the following missing documents in the above-captioned case: Schedules A/B-J, the Chapter 13 Plan and Certificate of Service, the Declaration for Schedules, the Chapter 13 Income Form 122C-1, the Statement of Financial Affairs, the Summary of Assets and Liabilities; and the Certificate of Credit Counseling. ECF 15, 16.

Based on the foregoing documents and a review of the record in this case, the Court will schedule a hearing on the Motion, which hearing will be held only if the Debtor cures all of the deficiencies noted by the Order and Notice. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

2

**ORDERED**, that the Debtor shall file all documents required by the Order and Notice on or before **June 23, 2026**; and it is further

**ORDERED**, that if the Debtor files all required documents by the deadline set forth in the immediately preceding decretal paragraph, the Court will hold a hearing on the Motion on **June 29, 2026, at 11:30 a.m. in-person in Courtroom 9-C in Baltimore**; and it is further

**ORDERED**, that if the Debtor does not file all required documents by the deadline set forth herein, the case will be dismissed and the hearing will not be held.

cc:     Debtor (by email and first class mail)
        Chapter 13 Trustee
        All Creditors

**END OF ORDER**