Documents included:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

In Re: LORI E. DEGRAFFENREID CANN, Debtor
Case No.: 26-16140
Chapter 13

---

## DEBTOR'S EMERGENCY DELIVERY PACKET TO CURE DEFICIENCY AND EVADE AUTOMATED DISMISSAL

---

Filing Date: June 23, 2026

TO: Clerk of Court / Intake Administrator

The Debtor, Lori E. DeGraffenreid Cann, Pro Se, respectfully submits this emergency filing packet to cure the incomplete filings due.

Please note that this packet contains the Certificate of Credit Counseling completed February 23, 2026.

INVENTORY OF DOCUMENTS ENCLOSED:

1. CERTIFICATE OF CREDIT COUNSELING
   (Completed February 23, 2026 – Valid Pre-Petition Verification)

2. OFFICIAL FORM 106 SUMMARY
   (Summary of Your Assets and Liabilities)

3. OFFICIAL FORM 106 DECLARATION
   (Declaration About an Individual Debtor's Schedules)

4. OFFICIAL FORMS 106A/B THROUGH 106J
   (Complete Financial Schedules Asset, Liability, Income, and Expense Logs)

5. OFFICIAL FORM 107
   (Statement of Financial Affairs for Individuals Filing for Bankruptcy)

6. OFFICIAL FORM 122C-1
   (Chapter 13 Statement of Your Current Monthly Income)

7. LOCAL BANKRUPTCY FORM M (LBF-M)
   (Official Chapter 13 Repayment Plan – Disputed Mortgage Treatment)

8. LOCAL BANKRUPTCY FORM M-1 (LBF-M-1)
   (Certificate of Service of Chapter 13 Repayment Plan)



9. Certificate of Service

Dated: June 23, 2026

Respectfully submitted,

Lori E. DeGraffenreid Cann, Debtor, Pro Se
755B 220th Street
Pasadena, MD 21122