## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **26–16140 – MMH**    Chapter: **13**

**Lori E DeGraffenreid Cann**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    22 – Chapter 13 Plan Filed by Lori E DeGraffenreid Cann. (Horning, Kelly)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 7/8/26. The certificate of service is not Local Form M–1 and is missing mailing matrix.**

CURE:    Please file an amended certificate of service(Local Form M–1) and attach the mailing matrix or a list of creditors including their names and addresses.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/24/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:    Debtor
Attorney for Debtor – PRO SE

defntc (rev. 09/01/2025)