United States Bankruptcy Court
District of Maryland

In re:                                                                                      Case No. 26-16140-MMH

Lori E DeGraffenreid Cann                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                          Page 1 of 1

Date Rcvd: Jun 24, 2026                   Form ID: defntc                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID              Recipient Name and Address**
db              + Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name                       Email Address**

Brian A. Tucci
                      ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com

Chaitanya Gopal
                      cgopal@raslg.com

TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re:    Case No.: **26–16140 – MMH**    Chapter: **13**

**Lori E DeGraffenreid Cann**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:    22 – Chapter 13 Plan Filed by Lori E DeGraffenreid Cann. (Horning, Kelly)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 7/8/26. The certificate of service is not Local Form M–1 and is missing mailing matrix.**

CURE:    Please file an amended certificate of service(Local Form M–1) and attach the mailing matrix or a list of creditors including their names and addresses.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/24/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:    Debtor
Attorney for Debtor – PRO SE

defntc (rev. 09/01/2025)