United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 26-16140-MMH

Lori E DeGraffenreid Cann                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                 Page 1 of 2
Date Rcvd: Jun 29, 2026                       Form ID: pdfall                             Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID          Recipient Name and Address**
db               + Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Jun 29 2026 19:47:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33283063 | + Email/Text: ecfbnc@aldridgepite.com | Jun 29 2026 19:48:00 | Aldridge Pite, LLP, 6001 Executive Blvd, Suite 200, Rockville, MD 20852-3831 |
| 33297301 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 29 2026 19:48:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 33283064 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2026 19:48:00 | CIM Trust 2025-NR1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291558 | + Email/PDF: ebn_ais@aisinfo.com | Jun 29 2026 19:57:27 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33290106 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2026 19:48:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 33283062 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2026 19:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291813 | + Email/Text: RASEBN@raslg.com | Jun 29 2026 19:47:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, Attorney for Secured Creditor, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

District/off: 0416-1          User: admin          Page 2 of 2

Date Rcvd: Jun 29, 2026          Form ID: pdfall          Total Noticed: 9

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Chaitanya Gopal | cgopal@raslg.com |

TOTAL: 2

Entered: June 29th, 2026
Signed: June 29th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Lori E. DeGraffenreid Cann, | * | Case No. 26-16140-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### SECOND INTERIM ORDER CONDITIONALLY IMPOSING AUTOMATIC STAY

The matter before the Court is the Emergency Motion to Impose Automatic Stay (the "Motion"), filed by Lori E. DeGraffenreid Cann, the above-captioned debtor (the "Debtor"). ECF 3. The Court granted the Motion on an emergency interim basis and set deadlines by which the Debtor had to file certain documents required under the Bankruptcy Code. ECF 17. The Debtor filed those documents, and the Court held a continued hearing on the Motion on June 29, 2026 (the "Hearing"). ECF 21–26. The Debtor and counsel to the Chapter 13 Trustee appeared at the Hearing.

The Debtor explained the circumstances surrounding the filing of this chapter 13 case and the changes in circumstances since the prior filings. The Chapter 13 Trustee stated several concerns regarding the continuation of this case, including less income and resources available to the Debtor, as well as her failure to satisfy her obligations under the Bankruptcy Code in prior cases. As the Court noted at the Hearing, the Debtor's prior filings and inability to complete those cases raise potential issues under the Bankruptcy Code and support the Chapter 13 Trustee's position in this case.

That said, the Debtor appears engaged in this case and willing to meet the deadlines and obligations of a chapter 13 debtor. Thus, having considered the entirety of the record, the Court will provide the Debtor with an opportunity to pursue and complete this chapter 13 case. The Court notes, however, that failure to do so *may result in the dismissal of this case with a bar to refiling future cases*. 11 U.S.C. § 109(g).

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the imposition of the automatic stay of section 362(a) of the Bankruptcy Code under the Court's prior Order at ECF 17 is hereby continued as to the Debtor, the Debtor's property, and property of the bankruptcy estate until further Order of the Court; and it is further

**ORDERED**, that the Debtor must submit all documents requested by the Chapter 13 Trustee and complete her meeting of creditors under section 341 of the Bankruptcy Code, as scheduled **on July 24, 2026**; and it is further

**ORDERED**, that the Debtor must begin making her monthly payments to the Chapter 13 Trustee under her proposed chapter 13 plan, *beginning with the July 2026 payment and continuing each month thereafter* until further Order of the Court; and it is further

**ORDERED**, that the Debtor shall review the claims register in her case and file any necessary or appropriate amendments to her bankruptcy schedules **on or before July 10, 2026**; and it is further

**ORDERED**, that if the Debtor complies with all her obligations under this Order and the Bankruptcy Code, the Court will hold a continued hearing on the Motion **on August 26, 2026, at**

2

**3:30 p.m., ET, by videoconference**;[1] the Court will enter separate protocols to govern that continued hearing; and it is further

ORDERED, that if the Debtor does not comply with all her obligations under this Order and the Bankruptcy Code, *the case will be dismissed with a bar to refiling and the hearing will not be held*.

**Copies to:**
Debtor
Chapter 13 Trustee
All Creditors

**END OF ORDER**

---

[1] As the Court stated at the Hearing, the Court encourages the Debtor to seek legal advice from a lawyer concerning her rights and remedies under state law, nonbankruptcy federal law, and the Bankruptcy Code, including with respect to the prepetition state law action against the Property and the Debtor's obligations concerning postpetition mortgage payments pending resolution of her disputes with the mortgage lender. *See, e.g.,* 11 U.S.C. §§ 361, 362, 1322(b), and 1325(a)(5).

3