**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at BALTIMORE**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 26-16140-MMH** |
| **LORI E DEGRAFFENREID CANN,** | * | **Chapter 13** |
| **Debtor.** | * | |

* * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2026, I mailed by first-class mail, postage prepaid, a copy of the Notice to Unrepresented Debtor of In-Person Hearing, to:

LORI E DEGRAFFENREID CANN
755B 220TH ST
PASADENA, MD 21122

Date: August 14, 2026

/s/ Brian A. Tucci
Brian A. Tucci (MD Bar # 18055)
Chapter 13 Trustee
PO Box 1110
Millersville, MD 21108
(410) 825-5923
inquiries@ch13balt.com