UNITED STATES BANKRUPTCY COURT
District of Maryland (Baltimore)
-----------------------------------------------x
In Re.

Lori E DeGraffenreid Cann *dba* Radish Frog, Debtor Case No.: **26-16140**

Chapter 13

-----------------------------------------------x

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on August 13, 2026 U.S. Bank Trust Company, National Association (the "Secured Creditor"), the undersigned hereby withdraws the following document:

- **Proof of Claim, filed on August 13, 2026 as Claim No. 9, on this case's Claims Register.**

Dated: August 13, 2026

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
470-321-7112

By: /s/ Chetan Gopal
Chetan Gopal, Esq.
Email: cgopal@raslg.com