**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| **LORI E. DeGRAFFENREID CANN,** | * | **Case No.: 26-16140-MMH** |
| | * | **Chapter 13** |
| **Debtor.** | | |

* * * * * * *

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

Brian A. Tucci, Chapter 13 Trustee, pursuant to 11 U.S.C. §§ 1325 and 1322, files this Objection to Confirmation, (the "Objection") and as grounds respectfully states as follows:

1. This case was initiated through the filing of a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code on June 9, 2026 (the "Petition Date"). [ECF No. 1].

2. A Chapter 13 Plan was filed on June 23, 2026 at ECF #22.

3. The Debtor filed an Emergency Motion to Impose Automatic Stay on June 9, 2026 at ECF #3.

4. A hearing on the Emergency Motion to Impose Automatic Stay was held on June 29. 2026. The Court issued a Second Interim Order Conditionally Imposing Automatic Stay that ordered the Debtor to comply with certain deadlines, including the requirement to submit all documents requested by the Chapter13 Trustee and to complete her meeting of creditors as scheduled on July 24, 2026 an to make her monthly payments to the Chapter 13 Trustee beginning with the July, 2026 payment.

5. The Debtor has not submitted any documents to the Chapter 13 Trustee. He was unable to hold the Meeting of Creditors.

6. The Debtor made the July plan payment, but the August plan payment failed.

**WHEREFORE**, for the foregoing reasons, the Trustee does not recommend the Chapter 13 Plan at ECF No. 22 for confirmation and requests that the case be dismissed with a bar to refiling pursuant to the Second Interim Order Conditionally Imposing Automatic Stay.

Respectfully submitted,

**BRIAN A. TUCCI**
**Chapter 13 Trustee**

Date: August 18, 2026

/s/ Brian A. Tucci

Brian A. Tucci (MD Bar # 18055)
Chapter 13 Trustee
PO Box 1110
Millersville, MD 21108
(410) 825-5923
inquiries@ch13balt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Trustee's Objection to Confirmation will be served electronically upon the following:

Chaitanya Gopal
cgopal@raslg.com

I further certify that on August 18, 2026, a copy of the Trustee's Objection to Confirmation was also mailed, via first-class mail, postage prepaid to:

**LORI E. DEGRAFFENREID CANN**
**755B 220TH ST**
**PASADENA, MD 21122**
*Debtor*

*/s/ BRIAN A. TUCCI*
BRIAN A. TUCCI
Chapter 13 Trustee