**MDB_HearingsMMH**

**To:** Cann Family
**Cc:** dpiekarz@ch13balt.com; btucci@ch13balt.com; cgopal@raslg.com
**Subject:** RE: 26-16140 Lori E DeGraffenreid Cann - Hearings 8/26/26 at 2 p.m. and 3:30 p.m. - PLEASE READ AND RESPOND

**Importance:** High

---

**From:** Cann Family <cann.cinco@gmail.com>
**Sent:** Tuesday, August 25, 2026 7:33 PM
**To:** MDB_HearingsMMH <Hearings_MMH@mdb.uscourts.gov>
**Cc:** dpiekarz@ch13balt.com; btucci@ch13balt.com; cgopal@raslg.com
**Subject:** Re: 26-16140 Lori E DeGraffenreid Cann - Hearings 8/26/26 at 2 p.m. and 3:30 p.m. - PLEASE READ AND RESPOND

**CAUTION - EXTERNAL:**

I would like to request an emergency postponement of the hearings scheduled to take place tomorrow August 26, 2026.

I have attached a doctor's note. I am unable to attend the confirmation hearing tomorrow due to an eye infection that has impaired my vision in one eye. I am temporarily restricted from driving, and due to the systemic inflammation nature of the illness, which began last week, I have been unable to prepare for the hearing.

I understand a legal motion is expected for rescheduling or for a continuance of the hearing; unfortunately that is not possible under the circumstances.

I ask that this correspondence suffice as an emergency request for rescheduling the hearing.

Sincerely,
Lori Cann

On Tue, Aug 25, 2026, 1:41 PM MDB_HearingsMMH <Hearings_MMH@mdb.uscourts.gov> wrote:

> Good afternoon, Ms. Cann.
>
> Two hearings are scheduled for tomorrow, August 26, 2026, at 2 p.m. in person in Courtroom 9-C, Baltimore and a virtual hearing scheduled at 3:30 p.m., by videoconference
> **Please be advised both hearings will be held and conducted at 3:30 p.m., by videoconference. Your in-person appearance at 2 p.m. is excused.**
>
> **Respond to confirm receipt of this message and your appearance at the 3:30 p.m. hearing by videoconference.**
>
> The hearings will be conducted by **video** through **Zoomgov.com**. Please be prepared and connected by **3:20 p.m.**

2

**Topic: August 2026 Hearings - Judge Harner**
**Time: Aug 26, 2026, at 3:30 PM**

**Join ZoomGov Meeting**
https://mdb-uscourts.zoomgov.com/j/1610474924?pwd=A0Ww1os6ODv712Q8szduZxW453gyXL.1

**Meeting ID**: 161 047 4924
**Passcode**: 326055

Dial by your location
646 828 7666
Meeting ID: 161 047 4924

Regards,

Anna Marie Komisarek,
Courtroom Deputy to the
Honorable Michelle M. Harner
United States Bankruptcy Court
101 W. Lombard Street, Suite 9442
Baltimore, MD 21201
Anna-Marie_Komisarek@mdb.uscourts.gov
410-962-2966

**Any hearing related matters for Judge Harner, send an e-mail to the following address:**
**Hearings_MMH@mdb.uscourts.gov**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.