**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>LORI E. DEGRAFFENREID CANN<br><br>Debtor | Case No. 26-16140 MMH<br><br>Chapter 13 |

**NOTICE OF CONTINUED MEETING OF CREDITORS**

Upon request for a continuance and approval by the Chapter 13 Trustee, BRIAN A. TUCCI, the Section 341 Meeting of Creditors has been continued to **September 11, 2026 at 12:30 P.M.**

**The meeting of creditors will be held remotely by videoconference via Zoom: www.zoom.us/join, Telephone #: (667) 408-3159, Meeting ID: 936 272 0688, Passcode: 3000706318. Except in extenuating circumstances by pre-approval, participation by video is required.**

Instructions and information to participate in the remote Meetings can be found here. The U.S. Trustee encourages all parties to contact the case trustee or check the docket for up-to-date information. **ADDITIONAL HEARING INFORMATION CAN ALSO BE ACCESSED AT THE TRUSTEE'S WEBSITE AT WWW.CH13BALTIMORE.COM INCLUDING A DIRECT LINK TO THE HEARING ZOOM LOCATED IN THE CENTER OF THE HOMEPAGE. UNAUTHORIZED ACCESS TO THE MEETING ZOOM IS STRICTLY PROHIBITED.**

PLEASE BE ADVISED THAT YOU ARE REQUESTED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX ON FILE WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

Dated: August 27, 2026

*/s/ BRIAN A. TUCCI*

BRIAN A. TUCCI
Chapter 13 Trustee, Md. Fed. Bar #18055
P.O. Box 1110
Millersville, MD 21108
(410) 825-5923
inquiries@ch13balt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on, August 27, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Continuance of Meeting of Creditors will be served electronically by the Court's CM/ECF system on the following:

- **Chaitanya Gopal cgopal@raslg.com**
- **Brian A. Tucci ECF@ch13balt.com, btucci13@ecf.epiqsystems.com;trusteemdb41@ecf.epiqsystems.com**

I hereby further certify that on, August 27, 2026, a copy of the Notice of Continuance of Meeting of Creditors was also mailed first-class mail, postage prepaid to:

**Lori E DeGraffenreid Cann**
**755B 220th St**
**Pasadena, MD 21122**

Debtor

*<u>/s/ BRIAN A. TUCCI</u>*
BRIAN A. TUCCI
Chapter 13 Trustee