United States Bankruptcy Court
District of Maryland

In re:
Lori E DeGraffenreid Cann
Debtor

Case No. 26-16140-MMH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: pdfall Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 26 2026 19:45:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33283063 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 26 2026 19:45:00 | Aldridge Pite, LLP, 6001 Executive Blvd, Suite 200, Rockville, MD 20852-3831 |
| 33297301 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 26 2026 19:45:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 33283064 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2026 19:46:00 | CIM Trust 2025-NR1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291558 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 19:43:50 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33290106 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 26 2026 19:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 33314430 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2026 19:44:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33283062 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2026 19:46:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33357563 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2026 19:44:02 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33353802 | ^ | MEBN | Aug 26 2026 19:38:59 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291813 | + | Email/Text: RASEBN@raslg.com | Aug 26 2026 19:45:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, Attorney for Secured Creditor, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Chaitanya Gopal | cgopal@raslg.com |

TOTAL: 2

Entered: August 26th, 2026
Signed: August 26th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Lori E. DeGraffenreid Cann, | * | Case No. 26-16140-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |

* * * * * * * * * * * * *

**ORDER GRANTING SHORT CONTINUANCE AND**
**FINAL OPPORTUNITY FOR DEBTOR TO COMPLY WITH OBLIGATIONS AND**
**AVOID *DISMISSAL OF CASE WITH BAR TO REFILING***

The matter before the Court is the emergency request [ECF 39] (the "Emergency Request") by the above-captioned debtor (the "Debtor") to continue hearings on the Debtor's proposed chapter 13 plan [ECF 22] (the "Plan") and the Court's Second Interim Order Conditionally Imposing Automatic Stay [ECF 29] (the "Second Order"). *See also* ECF 36, 37. The Court is troubled by the last minute nature of the Emergency Request, particularly given that the hearings were scheduled to be conducted via videoconference. The Court is also troubled by the report of the Chapter 13 Trustee that the Debtor has failed to comply with certain of the terms of the Court's Second Order. ECF 36.

That said, the Court will provide the Debtor with one final opportunity to comply with the Second Order and appear at a rescheduled hearing to address the pending matters in this case, *all as set forth in the decretal paragraphs below*. The Debtor must comply in all respects with the terms of this Order to remain a debtor in this chapter 13 case. The Debtor's obligations to provide

documents to the Chapter 13 Trustee and to make payments under the Plan are not optional and are well overdue in this chapter 13 case. The Debtor's failure to comply in all respects with this Order ***will result in the dismissal of this case with a bar to refiling future cases***. 11 U.S.C. § 109(g).

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the imposition of the automatic stay of section 362(a) of the Bankruptcy Code under the Court's prior Order at ECF 17 is hereby continued as to the Debtor, the Debtor's property, and property of the bankruptcy estate until further Order of the Court; and it is further

**ORDERED**, that the Debtor must submit all documents requested by the Chapter 13 Trustee and required to complete her meeting of creditors under section 341 of the Bankruptcy Code **on or before September 9, 2026**;[1] and it is further

**ORDERED**, that the Debtor must make all Plan payments due under the Second Order until further Order of the Court; the Debtor must submit the outstanding August Plan payment to the Chapter 13 Trustee **on or before September 9, 2026**;[2] and it is further

**ORDERED**, that the Chapter 13 Trustee shall file a Line with the Court **on or before September 14, 2026**, confirming whether the Debtor has complied with her obligations under this Order (the "Trustee's Line"); and it is further

**ORDERED**, that if the Trustee's Line certifies that the Debtor has complied with all her obligations under this Order, the Court will hold continued hearings on the Plan and the automatic stay in this case **on September 16, 2026, at 10:00 a.m., ET, by videoconference**; the Court will enter separate protocols to govern that continued hearing; and it is further

**ORDERED**, that if the Trustee's Line certifies that the Debtor has not complied with all

---

[1] The Chapter 13 Trustee can schedule the actual meeting of creditors under section 341 of the Bankruptcy Code after this date but the Debtor must provide the Chapter 13 Trustee with all the required documents by September 9, 2026.
[2] The Chapter 13 Trustee stated that the Debtor made the July payment. ECF 36.

her obligations under this Order, ***the case will be dismissed with a bar to refiling and the hearing will not be held***.

**Copies to:**
Debtor
Chapter 13 Trustee
All Creditors

**END OF ORDER**