**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | | |
|---|---|---|
| In re: | : | |
| LORI E. DEGRAFFENREID CANN, | : | Case No. 26-16140 MMH |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |

---

**LINE REPORTING ON DEBTORS PERFORMANCE PURSUANT TO THE ORDER GRANTING SHORT CONTINUANCE AND FINAL OPPORTUNITY FOR DEBTOR TO COMPLY WITH OBLIGATIONS AND AVOID DISMISSAL OF CASE WITH BAR TO REFILING**

Brian A. Tucci, Chapter 13 Trustee, files this Line reporting on the Debtors performance under the Order Granting Short Continuance and Final Opportunity for Debtor to Comply with Obligations and Avoid Dismissal of Case with Bar to Refiling. [ECF # 40].

1. The Trustee reports that the Debtor has submitted the documents requested by the chapter 13 Trustee and the Trustee was able to complete the meeting of creditors held September 11, 2026.

2. The Trustee further reports that he received the August plan payment and the Debtor is current with plan payments.

Date: September 14, 2026

/s/ Brian A. Tucci

Brian A. Tucci
PO Box 1110
Millersville, MD 211108
(410) 825-5923
inquiries@ch13balt.com
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Line will be served electronically by the Court's CM/ECF system on the following:

Chaitanya Gopal cgopal@raslg.com

Brian A. Tucci ECF@ch13balt.com,
btucci13@ecf.epiqsystems.com,
trusteemdb41@ecf.epiqsystems.com

I hereby further certify that on the 14th day of September 2026, a copy of the Line was also mailed first class mail, postage prepaid to:

Lori E DeGraffenreid Cann
755B 220th St
Pasadena, MD 21122
Debtor

/s/ David Piekarz
David Piekarz