Entered: September 17th, 2026

Signed: September 17th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **26−16140 − MMH** Chapter: **13**

**Lori E DeGraffenreid Cann,**
Debtor.

## FINAL ORDER IMPOSING AUTOMATIC STAY AS TO ALL CREDITORS

This matter is before the Court on the above−captioned Debtor's Emergency Motion to Impose Automatic Stay (the "Motion") in this case. ECF 3. An Order Addressing Motion to Impose Stay and Request for In−Person Hearing was entered on June 18, 2026. ECF 17. The Court held an evidentiary hearing on June 29, 2026 (the "June Hearing"). Following the June Hearing, the Court entered a Second Interim Order Conditionally Imposing Automatic Stay (the "Conditional Order") on an interim basis [ECF 29] and set deadlines for conditions to be met. A final hearing was held on September 16, 2026 (the "September Hearing"), and upon consideration of the testimony and other information presented at the June and September Hearings, the pleadings on the docket, and the totality of the circumstances in this case, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is imposed in this case as to all creditors pursuant to 11 U.S.C. § 362(c)(4).

cc: Debtor
Attorney for Debtor − PRO SE
Case Trustee − Brian A. Tucci
U.S. Bank Trust Company, National Association − Chaitanya Gopel
All Creditors

**End of Order**

37x08b (rev. 06/09/2010) − AnnaMarieKomisarek