Entered: September 17th, 2026

Signed: September 17th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Lori E. DeGraffenreid Cann, | * | Case No. 26-16140-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |

* * * * * * * * * * * * *

**<u>ORDER SETTING DEADLINE FOR COMMENCING ADVERSARY PROCEEDING AND CONTINUING CONFIRMATION HEARING *SINE DIE*</u>**

The matters before the Court include the chapter 13 plan [ECF 22] (the “Plan”) filed by the above-captioned debtor (the “Debtor”), the Objection to the Plan filed by U.S. Bank Trust Co., N.A. (the “Creditor”) [ECF 37] (the “Objection”), and the Debtor’s Motion to Impose the Automatic Stay [ECF 3] (with the Plan and the Objection, the “Pending Matters”). The Court held a hearing on the Pending Matters on September 16, 2026 (the “Hearing”). For the reason stated on the record of the Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the hearing on confirmation of the Plan is continued *sine die*; and it is further

**ORDERED**, that the Debtor shall file any adversary proceeding against the Creditor within 60 days of the date of entry of this Order; and it is further

**ORDERED**, that the Debtor shall continue to make her monthly payments under the Plan to the Chapter 13 Trustee and otherwise comply with her obligations under the Bankruptcy Code; and it is further

**ORDERED**, that, by separate Order, the Court will impose the automatic stay of section 362(a) of the Bankruptcy Code in this case on a final basis; and it is further

**ORDERED**, that any party in interest may request a status hearing in this case by filing a Line on the docket setting forth the grounds for such request and the matters to be addressed; and it is further

**ORDERED**, that if the Debtor fails to comply with any of the terms of this Order, ***the case may be dismissed with a bar to refiling without further notice or opportunity for hearing***.

**Copies to:**
Debtor
Chapter 13 Trustee
All Creditors

**END OF ORDER**