United States Bankruptcy Court
District of Maryland

In re: Case No. 26-16140-MMH
Lori E DeGraffenreid Cann Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Sep 17, 2026 Form ID: pdfall Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 19:22:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33283063 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 17 2026 19:22:00 | Aldridge Pite, LLP, 6001 Executive Blvd, Suite 200, Rockville, MD 20852-3831 |
| 33297301 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 17 2026 19:22:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 33283064 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2026 19:23:00 | CIM Trust 2025-NR1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291558 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 19:26:52 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33290106 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2026 19:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 33314430 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 19:26:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33283062 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2026 19:23:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33357563 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 19:26:51 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33353802 | ^ | MEBN | Sep 17 2026 19:17:45 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291813 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 19:22:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, Attorney for Secured Creditor, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Chaitanya Gopal | cgopal@raslg.com |

TOTAL: 2

Entered: September 17th, 2026

Signed: September 17th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Baltimore

In re: Case No.: **26–16140 – MMH** Chapter: **13**

**Lori E DeGraffenreid Cann,**
Debtor.

## FINAL ORDER IMPOSING AUTOMATIC STAY AS TO ALL CREDITORS

This matter is before the Court on the above–captioned Debtor's Emergency Motion to Impose Automatic Stay (the "Motion") in this case. ECF 3. An Order Addressing Motion to Impose Stay and Request for In–Person Hearing was entered on June 18, 2026. ECF 17. The Court held an evidentiary hearing on June 29, 2026 (the "June Hearing"). Following the June Hearing, the Court entered a Second Interim Order Conditionally Imposing Automatic Stay (the "Conditional Order") on an interim basis [ECF 29] and set deadlines for conditions to be met. A final hearing was held on September 16, 2026 (the "September Hearing"), and upon consideration of the testimony and other information presented at the June and September Hearings, the pleadings on the docket, and the totality of the circumstances in this case, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is imposed in this case as to all creditors pursuant to 11 U.S.C. § 362(c)(4).

cc: Debtor
Attorney for Debtor – PRO SE
Case Trustee – Brian A. Tucci
U.S. Bank Trust Company, National Association – Chaitanya Gopel
All Creditors

**End of Order**

37x08b (rev. 06/09/2010) – AnnaMarieKomisarek