United States Bankruptcy Court
District of Maryland

In re: Case No. 26-16140-MMH
Lori E DeGraffenreid Cann Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 2
Date Rcvd: Sep 17, 2026 Form ID: pdfall Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori E DeGraffenreid Cann, 755B 220th St, Pasadena, MD 21122-1380 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 19:22:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33283063 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 17 2026 19:22:00 | Aldridge Pite, LLP, 6001 Executive Blvd, Suite 200, Rockville, MD 20852-3831 |
| 33297301 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 17 2026 19:22:00 | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 33283064 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2026 19:23:00 | CIM Trust 2025-NR1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291558 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 19:26:47 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33290106 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2026 19:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 33314430 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 19:26:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33283062 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2026 19:23:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33357563 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 19:26:43 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33353802 | ^ | MEBN | Sep 17 2026 19:17:45 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33291813 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 19:22:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, Attorney for Secured Creditor, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Chaitanya Gopal | cgopal@raslg.com |

TOTAL: 2

Entered: September 17th, 2026
Signed: September 17th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Lori E. DeGraffenreid Cann, | * | Case No. 26-16140-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| | * | |

* * * * * * * * * * * * *

**<u>ORDER SETTING DEADLINE FOR COMMENCING ADVERSARY PROCEEDING AND CONTINUING CONFIRMATION HEARING *SINE DIE*</u>**

The matters before the Court include the chapter 13 plan [ECF 22] (the "Plan") filed by the above-captioned debtor (the "Debtor"), the Objection to the Plan filed by U.S. Bank Trust Co., N.A. (the "Creditor") [ECF 37] (the "Objection"), and the Debtor's Motion to Impose the Automatic Stay [ECF 3] (with the Plan and the Objection, the "Pending Matters"). The Court held a hearing on the Pending Matters on September 16, 2026 (the "Hearing"). For the reason stated on the record of the Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the hearing on confirmation of the Plan is continued *sine die*; and it is further

**ORDERED**, that the Debtor shall file any adversary proceeding against the Creditor within 60 days of the date of entry of this Order; and it is further

**ORDERED**, that the Debtor shall continue to make her monthly payments under the Plan to the Chapter 13 Trustee and otherwise comply with her obligations under the Bankruptcy Code; and it is further

**ORDERED**, that, by separate Order, the Court will impose the automatic stay of section 362(a) of the Bankruptcy Code in this case on a final basis; and it is further

**ORDERED**, that any party in interest may request a status hearing in this case by filing a Line on the docket setting forth the grounds for such request and the matters to be addressed; and it is further

**ORDERED**, that if the Debtor fails to comply with any of the terms of this Order, ***the case may be dismissed with a bar to refiling without further notice or opportunity for hearing***.

**Copies to:**
Debtor
Chapter 13 Trustee
All Creditors

**END OF ORDER**